B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tires Unlimited, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-0881913** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4742 Wadsworth Road**<br>**Dayton, OH**<br>ZIP Code **45414** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Tires Unlimited, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tires Unlimited, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Ira H. Thomsen**
Signature of Attorney for Debtor(s)

**Ira H. Thomsen 0023965**
Printed Name of Attorney for Debtor(s)

**Law Office of Ira H. Thomsen**
Firm Name

**140 North Main Street, Suite A**
**P.O. Box 639**
**Springboro, OH 45066**

Address

Email: cornell76@aol.com
**937-748-5001  Fax: 937-748-5003**
Telephone Number

**September 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rodney M. Gasvoda**
Signature of Authorized Individual

**Rodney M. Gasvoda**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 29, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Tires Unlimited, Inc.**                               Case No.
                                    Debtor(s)                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Carroll Tire Company<br>2120 Creekside Parkway<br>Suite 100<br>Lockbourne, OH 43137 | Carroll Tire Company<br>2120 Creekside Parkway<br>Suite 100<br>Lockbourne, OH 43137 | Goods and services | | 11,572.52 |
| Favorite Insurance Agency<br>PO Box 10<br>Tipp City, OH 45371 | Favorite Insurance Agency<br>PO Box 10<br>Tipp City, OH 45371 | Goods and services | | 23,808.00 |
| Gateway Tire Company<br>PO Box 46425<br>Cincinnati, OH 45246 | Gateway Tire Company<br>PO Box 46425<br>Cincinnati, OH 45246 | Goods and services | | 49,825.10 |
| Goodyear Wholesale Tire Center<br>2940 Highland Drive<br>Suite 250<br>Cincinnati, OH 45212 | Goodyear Wholesale Tire Center<br>2940 Highland Drive<br>Suite 250<br>Cincinnati, OH 45212 | Goods and services | | 151,748.10 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Federal Payroll Taxes | | 21,363.10 |
| Kauffman Tire<br>PO Box 534718<br>Atlanta, GA 30353 | Kauffman Tire<br>PO Box 534718<br>Atlanta, GA 30353 | Goods and services | | 17,063.65 |
| Manning and Associates CPAs<br>6105 North Dixie Drive<br>PO Box 13449<br>Dayton, OH 45413 | Manning and Associates CPAs<br>6105 North Dixie Drive<br>PO Box 13449<br>Dayton, OH 45413 | Accounting services | | 12,026.66 |
| Modern Tire Company<br>2401 William L Brooks Drive<br>ATTN: Ward<br>Evansville, IN 47725 | Modern Tire Company<br>2401 William L Brooks Drive<br>ATTN: Ward<br>Evansville, IN 47725 | Goods and services | | 57,108.65 |
| Motorcycle Tires and Associates<br>6469 Highway 33<br>Choudrant, LA 71227 | Motorcycle Tires and Associates<br>6469 Highway 33<br>Choudrant, LA 71227 | Goods and services | | 34,141.97 |
| MTA<br>33162 Beechwood<br>Westland, MI 48185 | MTA<br>33162 Beechwood<br>Westland, MI 48185 | Goods and services | | 17,635.05 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re　**Tires Unlimited, Inc.**　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| North Central Tire<br>PO Box 715353<br>Columbus, OH 43271 | North Central Tire<br>PO Box 715353<br>Columbus, OH 43271 | Goods and services | | 36,366.74 |
| Ohio Department of Taxation<br>C/O Attorney General - Collections<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | Ohio Department of Taxation<br>C/O Attorney General - Collections<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | Ohio Sales Taxes | | 20,770.00 |
| Performance Tire<br>188 Keystone<br>Telford, PA 18969 | Performance Tire<br>188 Keystone<br>Telford, PA 18969 | Goods and services | | 19,016.17 |
| Rodney M. Gasvoda<br>4742 Wadsworth Road<br>Dayton, OH 45414 | Rodney M. Gasvoda<br>4742 Wadsworth Road<br>Dayton, OH 45414 | Unpaid rent for lease of business premises. Allocated to real estate taxes. | | 12,408.00 |
| TBC Corporation<br>Bank of America Lockbox Svc<br>6000 Feldwood Rd. LKBK 406032<br>Atlanta, GA 30349 | TBC Corporation<br>Bank of America Lockbox Svc<br>6000 Feldwood Rd. LKBK 406032<br>Atlanta, GA 30349 | Goods and services $203,104.32 payable plus unsecured note in the amount of $476,775.00 | | 679,879.32 |
| Tire Centers, Inc.<br>10330 Evendale Drive<br>Cincinnati, OH 45241 | Tire Centers, Inc.<br>10330 Evendale Drive<br>Cincinnati, OH 45241 | Goods and services | | 78,914.46 |
| Tucker Rocky Distributing<br>3048 Paysphere Circle<br>Chicago, IL 60674 | Tucker Rocky Distributing<br>3048 Paysphere Circle<br>Chicago, IL 60674 | Goods and services | | 340,343.97 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | Goods and services | | 65,169.69 |
| Vredestein Tyres North America<br>13 Bridge Street<br>Metuchen, NJ 08840 | Vredestein Tyres North America<br>13 Bridge Street<br>Metuchen, NJ 08840 | Goods and services | | 51,282.40 |
| Western Power Sports Inc.<br>601 Gowen Road<br>Boise, ID 83716 | Western Power Sports Inc.<br>601 Gowen Road<br>Boise, ID 83716 | Goods and services | | 58,009.33 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Tires Unlimited, Inc.**                                                                        Case No.
                                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 29, 2011**              Signature  **/s/ Rodney M. Gasvoda**
                                                     **Rodney M. Gasvoda**
                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AdvanceMe
c/o Sound Garden 1-770-218-5478
PO Box 2028
Woodstock, GA 30188

American Kenda Rubber Ind Co
Industrial #715222
PO Box 715222
Columbus, OH 43271

American Tire Distributions
PO Box 3145
Huntersville, NC 28070

ASA Tire Systems Group
25 Manchester St.
Suite 100
Merrimack, NH 03054

Avaya Inc.
Deutsche Bank
PO Box 5125
Carol Stream, IL 60197

Carroll Tire Company
2120 Creekside Parkway
Suite 100
Lockbourne, OH 43137

Cedar Rapids Tire Co.
PO Box 4871
Des Moines, IA 50305

Cintas Corporation
PO Box 630803
Cincinnati, OH 45263

Cox Ohio Publishing
PO Box 643157
Cincinnati, OH 45264

Cyperbation Inc.
6555 Busch Blvd.
Suite 102
Columbus, OH 43229

Dayton Power and Light
PO Box 740598
Cincinnati, OH 45274

Decision One Corporation
PO Box 7777 W-4140
Philadelphia, PA 19175

```
Dental Care Plus
PO Box 636118
Cincinnati, OH 45263

DHL Express (USA) Inc.
16592 Collection Center Drive
Chicago, IL 60693

DoNet Inc.
33 West First Street
Suite 230
Dayton, OH 45402

Echo Global Logistics
22168 Network Place
Chicago, IL 60673

Favorite Insurance Agency
PO Box 10
Tipp City, OH 45371

First Financial Bank
225 N. Main Street
PO Box 170
Celina, OH 45822

Gateway Tire Company
PO Box 46425
Cincinnati, OH 45246

Goodyear Tire and Rubber Co
PO Box 92743
Chicago, IL 60675

Goodyear Wholesale Tire Center
2940 Highland Drive
Suite 250
Cincinnati, OH 45212

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jonathan A. Mason, Esq.
Mason, Schilling & Mason Co., L.P.A.
5181 Natorp Blvd., Suite 202
Cincinnati, OH 45249

Kauffman Tire
PO Box 534718
Atlanta, GA 30353
```

```
Kevin L. String Co. LPA
23 North Franklin Street
Suite 11
Chagrin Falls, OH 44022

Liberty Tire Services
625 Liberty Ave
Suite 3100
Pittsburgh, PA 15222

Manning and Associates CPAs
6105 North Dixie Drive
PO Box 13449
Dayton, OH 45413

Miami Valley Tech Supply
605 S 9th Street
Columbus, OH 43206

Miami Valley Worldwide
1300 East Third St.
PO Box 2408
Dayton, OH 45401

Michael Abbott, Esq.
Faegre & Benson LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309

Modern Tire Company
2401 William L Brooks Drive
ATTN: Ward
Evansville, IN 47725

Motorcycle Tire Co
c/o Steven C. Katchman, Esq.
137 North Main Street, Suite 610
Dayton, OH 45402

Motorcycle Tires and Associates
6469 Highway 33
Choudrant, LA 71227

MTA
33162 Beechwood
Westland, MI 48185

Myers Tire Supply Co
24377 Network Plalce
Chicago, IL 60673

North Central Tire
PO Box 715353
Columbus, OH 43271
```

Ohio Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215

Ohio Department of Taxation
C/O Attorney General - Collections
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Parts Plus
4275 Mt. Carmel Tobasco Road
Cincinnati, OH 45244

Performance Tire
188 Keystone
Telford, PA 18969

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250

Raben Tire Company
PO Box 4835
Evansville, IN 47724

Rodney M. Gasvoda
4742 Wadsworth Road
Dayton, OH 45414

TBC Corporation
Bank of America Lockbox Svc
6000 Feldwood Rd. LKBK 406032
Atlanta, GA 30349

Terry's Tire Town Ohio
2360 West Main Street
PO Box 2450
Alliance, OH 44601

Time Warner Cable
PO Box 740201
Cincinnati, OH 45274

Tire Centers, Inc.
10330 Evendale Drive
Cincinnati, OH 45241

```
Tredit Tire & Wheel Co., Inc.
57941 Charlotte Avenue
Elkhart, IN 46517

Tucker Rocky Distributing
3048 Paysphere Circle
Chicago, IL 60674

Tyres International
4637 Allen Road
Stow, OH 44224

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

Union Security Insurance Co
Assurant Employee Benefits
PO Box 807009-1
Kansas City, MO 64184

Unishippers
PO Box 30790
Columbus, OH 43230

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170

US Bancorp
1310 Madrid Street
Marshall, MN 56258

Vectren Energy Delivery
PO Box 6262
Indianapolis, IN 46206

Vredestein Tyres North America
13 Bridge Street
Metuchen, NJ 08840

Western Power Sports Inc.
601 Gowen Road
Boise, ID 83716

Windstream Communications
PO Box 580010
Charlotte, NC 28258
```